UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HELEN SWARTZ,

                Plaintiff,

      -v-
                                                  16-CV-4378 (JPO)

ROYALTON 44 HOTEL, L.L.C.,
                                                  ORDER

                Defendant.
------------------------------------------------------------ X

J. PAUL OETKEN, District Judge:

      The Court has been informed that the parties have reached a settlement in principle of this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

      All filing deadlines, conference dates, and the trial date are adjourned *sine die*.


      SO ORDERED.

Dated: September 6, 2016
       New York, New York

                                                        _____
                                                            J. PAUL OETKEN
                                                    United States District Judge