UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HELEN SWARTZ                                    :       Case No. 16-CV-04378 (JPO)

                Plaintiff,                    :

                                :

           -against-                           :

ROYALTON 44 HOTEL LLC, a Delaware
limited liability company,                      :

                Defendant.                    :
------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, on behalf of the Plaintiff and the Defendant that the above-captioned action is hereby dismissed with prejudice, with each party bearing its own costs.

Dated: September, 22, 2016

_____          _____
Jerome P. Coleman                                              Lawrence Fuller
Putney, Twombly, Hall & Hirson LLP               Fuller, Fuller & Associates, P.A.
521 Fifth Avenue                                                  12000 Biscayne Blvd., Ste. 609
New York, New York 10175                              North Miami, FL 33181
(212) 682-0020                                                     *Attorneys for Plaintiff*
*Attorneys for Defendant*

STIPULATION APPROVED AND SO ORDERED

_____          Date: 9/28/16
J. PAUL OETKEN
United States District Judge